**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICARDO GUTIERREZ, on behalf of himself and all others similarly situated, | Case No. 1:21-cv-05702 |
| Plaintiff, | Hon. Thomas M. Durkin |
| v. | |
| WEMAGINE.AI LLP, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Plaintiff Ricardo Gutierrez and proposed Plaintiff Shannon Ross (collectively, "Plaintiffs"), respectfully move this Court pursuant to Fed. R. Civ. P. 15(a)(2) and the Court's January 26, 2022 Order (ECF No. 19) for an order permitting Plaintiffs to file the Proposed First Amended Complaint, which is attached to the contemporaneously filed memorandum in support of this motion as **Exhibit 1**. A redline version of the Proposed First Amended Complaint is attached to the memorandum as **Exhibit 2**.

Dated: February 15, 2022

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta
Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: pfraietta@bursor.com
mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Brittany S. Scott
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax:  (925) 407-2700
Email: bscott@bursor.com

**NICK LARRY LAW LLC**
J. Dominick Larry
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Tel: (773) 694-4669
Fax: (773) 694-4691
Email: nick@nicklarry.law

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 15, 2022, I e-filed the foregoing document with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to the following

counsel of record:

**MAG MILE LAW, LLC**
Mario M. Iveljic (ARDC 6280267)
Steven P. Mikuzis (ARDC 6279289)
535 N. Michigan Ave., Suite 200
Chicago, IL 60611
(708) 576-1624
mario@magmilelaw.com
steven@magmilelaw.com

*/s/ Philip L. Fraietta*
Philip L. Fraietta