## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ricardo Gutierrez,

Plaintiff(s),

v.

Wemagine.AI LLP,

Defendant(s).

Case No. 1:21-cv-05702
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Wemagine's motion to dismiss the Amended Complaint for lack of personal jurisdiction is granted. This dismissal is without prejudice as to any forum where personal jurisdiction actually exists.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date: 10/7/2022

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk